AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| TALECE INC., a corporation, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:20-cv-03579-BLF |
| ZHENG ZHANG, an individual; DOES 1-10, inclusive, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant ZHENG ZHANG .

Date: 10/07/2020

/s/ Lauren Ashley Kassouf Quan
*Attorney's signature*

Lauren Ashley Kassouf Quan, SBN # 331586
*Printed name and bar number*

Law Offices of Andrew Quan
436 14th Street Suite 1110
Oakland, CA 94612
*Address*

Lauren@quan.legal
*E-mail address*

(510) 394-2466
*Telephone number*

(510) 987-8411
*FAX number*